United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 15-10350-NMG |
| JUAN URENA, ) | |
| Defendant. ) | |

## ORDER ON CONDITION OF SUPERVISED RELEASE

Defendant Juan Urena appeared this day for a Final Revocation Hearing and stipulated to Violations I and II, as detailed in a Violation Report dated September 30, 2017, as prepared by the U.S. Probation Office. The Court therefore finds that the defendant has violated his conditions of supervised release, as alleged in Violations I and II of the Violation Report and hereby continues him on the same terms of supervised release as previously imposed.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: October 2, 2017